## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Vickie Wallace

                                      Plaintiff,

v.                                                               Case No.: 1:17–cv–05274
                                                               Honorable John Robert Blakey

Lambent Risk Management Services, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 19, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff's motion for leave to file a second amended complaint [36] is granted, and the Clerk is directed to file Plaintiff's second amended complaint, [36] at Exhibit B, as a separate docket entry. Plaintiff's motion for approval of the settlement of the claims asserted in the second amended complaint [36] is also granted. Having reviewed the parties' settlement agreement, [36] at Exhibit A, the Court finds the settlement of this matter to be a fair and reasonable compromise of claims under the Fair Labor Standards Act and the Illinois Minimum Wage Law. This case is hereby dismissed without prejudice and with leave to reinstate by 8/10/18. If the case is not reinstated by that date, this dismissal will convert to a dismissal with prejudice without further order. All set dates and deadlines, including the 8/7/18 Notice of Motion date and the 8/8/18 final discovery status hearing date, are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.