UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Vickie Wallace
                                        Plaintiff,

v.                                                    Case No.: 1:17−cv−05274
                                                   Honorable John Robert Blakey

Lambent Risk Management Services, Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 28, 2018:

      MINUTE entry before the Honorable John Robert Blakey: On 7/19/2018, the Court dismissed this case without prejudice and with leave to reinstate by 8/10/2018. No party having sought reinstatement, the case is hereby dismissed with prejudice. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.